

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00311-CR

**JAMES RAY HAYNES,**

                                                      **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                      **Appellee**

From the 66th District Court
Hill County, Texas
Trial Court No. 36,168

## MEMORANDUM  OPINION

James Ray Haynes attempts to appeal from his conviction for the offense of theft. The record indicates that sentence was imposed on May 11, 2011.  By letter dated September 20, 2011, the Clerk of this Court notified Haynes that the appeal was subject to dismissal because it appeared that the notice of appeal was untimely.  *See* TEX. R. APP. P. 26.2(a)(1).  The Clerk also warned Haynes that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for

continuing the appeal. *See* Tex. R. App. P. 44.3. We received a response from Haynes; however, it does not provide grounds for continuing the appeal.

Accordingly, this appeal is dismissed.


AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed October 19, 2011
Do not publish
[CR25]